# Third District Court of Appeal

## State of Florida

Opinion filed December 14, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0822
Lower Tribunal No. 21-25616
_____

**Brown Harris Stevens Miami LLC,**
Appellant,

vs.

**Apex Capital Realty, LLC,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Vivianne Del Rio, Judge.

Dimond Kaplan & Rothstein, P.A., Scott M. Dimond and Alexander M. Peraza, for appellant.

Alexander Lian, P.A., and Alexander Lian, for appellee.

Before EMAS, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.